IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| AMIR FATIR f/k/a STERLING HOBBS, | § § § No. 202, 2025 § |
| Defendant Below, Appellant, | § § Court Below—Superior Court § of the State of Delaware |
| v. | § § Cr. ID No. 75060892DI (N) |
| STATE OF DELAWARE, | § § |
| Appellee. | § |

Submitted: June 6, 2025
Decided:　July 28, 2025

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## **ORDER**

After consideration of the appellant's opening brief, the appellee's motion to affirm, and the record on appeal, we find it evident that the judgment below should be affirmed on the basis of and for the reasons assigned by the Superior Court in its order, dated April 25, 2025, denying the appellant's motion for correction of illegal sentence. The United States Supreme Court's decision in *Erlinger v. United States*[1] has no bearing on the appellant's life sentence for first-degree murder.

---

[1] 602 U.S. 821, 835 (2024) (holding that a unanimous jury must determine beyond a reasonable doubt whether a defendant's prior offenses were committed on separate occasions for purposes of enhanced sentencing under the Armed Career Criminal Act).

NOW, THEREFORE, IT IS ORDERED that the motion to affirm is GRANTED, and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice